# Exhibit 1

Effective: 5/28/2025

The following message is being sent on behalf of U.S. Customs and Border Protection (CBP).

The Employment Authorization Card authorizes an individual permission to work in the United States but needs to be accompanied by a document showing proof of <u>authorized residency in the United States</u>. Examples include a form I-94, Form I-821D, proof of pending VAWA self-petition, or an unexpired work visa.

The below requirements will need to be attached to their CBP Application for processing. These requirements apply to all new and renewal applications.

**Definition of Authorized Residency**:

For the purposes of 19 CFR § 122.182(c), and subject to the submission of relevant proof, the following may be considered to fall within the meaning of "authorized residency":

- Lawful permanent residents (LPR) of the United States in possession of a valid Lawful Permanent Resident Card (I-551).
- Persons admitted into the United States as refugees.
- Persons granted Asylum in the United States.
- Deferred Action for Childhood Arrivals (DACA) recipients.
- Persons admitted into the United States pursuant to the Compact of Free Association (COFA) Act (e.g., Citizens of the Federated States of Micronesia (FSM), the Republic of the Marshall Islands (MIS), or the Republic of Palau (PAL).
- Persons with a T-1, V, U1, U2, U3, U4, and U5 nonimmigrant status (for the period in that status).
- Persons who file a Violence Against Women Act (VAWA) self-petition; to include nonimmigrants last admitted under INA section 101(a)(15)(A), E(iii), (G), or (H). 1
- Non-immigrants admitted under the following Temporary Worker Classifications: E1(S), E2(S), E3(S), H1B, H1B1, H1B2, H1B3, H2A, H2B, H3, I, L1A, L1B, L2S, O1,O2, P1A, P1B, Q1, R1, TN.

**Proof of Authorized Residency:**

<u>U.S. Citizens:</u>

- Documentation demonstrating proof of U.S. citizenship such as U.S. passport, enhanced driver's license, birth certificate or naturalization certificate.

<u>Lawful Permanent Residents:</u>

- A valid LPR card establishing legal residency and employment eligibility.
- A foreign passport that contains a temporary I-551 stamp, or a temporary I-551 printed notation on a machine-readable immigrant visa.

<u>Refugees:</u>

- A valid foreign passport and/or an unexpired Form I-94, Arrival/Departure Record. ==The departure portion of the I-94 must contain an unexpired refugee admission stamp or an electronic Form I-94 with an admission class of "RE", along with an unexpired Form I-766 EAD==, or an expired EAD with a Form I-797C Notice of Action, if the notice lists the same employment authorization category as the expired EAD.

1. EAD + Valid Foreign passport and/or unexpired Form I-94 containing an unexpired refugee admission stamp

2. EAD + Valid Foreign Passport and/or electronic I-94 with an admission class of "RE"

Note: If the EAD is expired, it can be accepted with a Form I-797C Notice of Action + supporting documentation as detailed above


<u>Asylees:</u>

- Form I-94, Arrival/Departure Record, which contains a stamp or notation, such as "asylum granted indefinitely" or an electronic Form I-94 with an admission class of "AY." Asylees who select to present the electronic Form I-94 must also present an acceptable, and an unexpired Form I-766 EAD, or an expired EAD with a Form I-797C Notice of Action, if the notice lists the same employment authorization category as the expired EAD.
1. EAD + Form I-94 containing a stamp or notation, such as "asylum granted indefinitely"
2. EAD + Electronic form I-94 with an admission stamp class of "AY"

**Note:** *If an asylee presents an electronic form I-94, they must provide one of the following documents:

- Driver's license
- ID card issued by federal, state or local government agencies or entities
- School ID with a photograph
- Voter's registration card
- U.S. Military Card or Military dependent ID card
- U.S. Coast Guard Merchant Mariner Card
- Native American tribal document
- Driver's license issued by a Canadian government authority

DACA:

- Approved Form I-821D with a valid EAD card.
- Acceptable, valid documents that establish identity:
    - Foreign Passport
    - Birth Certificate with photo identification
    - Driver's License, School or military ID with a photograph
    - Any U.S. government immigration or other document bearing the applicant's name and photograph.
1. EAD + Approved Form I-812D + Valid document establishing identity (ex. Foreign passport, Birth certificate with photo ID, Driver's license, school or military ID with a photograph or any U.S. Government immigration or other document bearing the applicant's name and photograph)

Non-immigrants granted T, U, or V status:

- A valid foreign passport, Form I-94 (Arrival/Departure Record), and an approved EAD
1. EAD + foreign passport + form I-94

VAWA Self-Petitioners

- A valid foreign passport and Form I-94 (if applicable) and proof of pending VAWA self-petition, and an approved EAD.
1. EAD + foreign passport + form I-94 + proof of pending VAWA self-petition

Non-immigrant Classification for Temporary Workers:

- A valid passport, unexpired temporary work visa, and a validly approved EAD. Certain employees do not need to present an approved EAD if their nonimmigrant status authorizes employment for a specific employer incidental to their status.
- The company applying for a non-immigrant visa holder must be the same as the approved petitioner, if the non-immigrant visa requires a petition.
1. EAD + foreign passport + unexpired temporary work visa (Certain employees do not need to present an approved EAD, see 8 CFR § 274a.12(b) for list – eCFR :: 8 CFR274a.12 -- Classes of aliens authorized to accept employment.)

Any questions regarding this message should be directed to the CBP Chase office at (718) 487-2644.