# Exhibit 2



# U.S. Customs and Border Protection

**Customs Access Seal Eligibility**

Attention Badge Coordinators:

Employees applying for access to the Customs Security Area (CSA) at **San Francisco International Airport** must establish authorized residency in their application for unescorted access to the CSA pursuant to 19 C.F.R. § 122.182(c).  Keep in mind that while a valid Employment Authorization Document (EAD) grants permission to work in the United States, it **does not** confer authorized residency status.  United States Citizens and lawful permanent residents have authorized residency status.  Additionally, EAD cardholders may establish authorized residency status, as follows:

**Refugees** – Valid foreign passport and/or unexpired Form I-94 that notates refugee admission: "RE" and valid EAD code (a)(3)

**Asylees** – Form I-94 that notates asylum was granted and a valid EAD code (a)(5)

**Deferred Action for Childhood Arrivals** – I-821D form and a valid EAD code (c)(33)

**Compact Free Association (FSM, MIS, PAL)** – Identity document establishing member of compact and valid EAD code (a)(8)

**Certain Valid Nonimmigrant visas** – E1(S), E2(S), E3(S), H1B, H1B1, H1B2, H1B3, H2A, H2B, H3, I, L1A, L1B, L2S, O1, O2, PIA, P1B, Q1, R1, TN, T-1, V, U1, U2, U3, U4 or U5 and valid EAD code (a)(15), (a)(16), (a)(17), (a)(18). (a)(19), (a)(20), (c)(12), (c)(25), or (c)(26).

**Violence Against Women Act (VAWA) Self-Petitioners** – Valid passport, Form I-94 reflecting status, and valid EAD code (c)(31)

After review, applications lacking the required associated documentation are subject to denial if the applicant's immigration status does not meet authorized residency requirements.  Such denials would be issued pursuant to 19 C.F.R. § 122.182(c).

Questions regarding eligibility can be directed to CBP Security and Seals team.

U.S. Customs and Border Protection, P.O. 280551, San Francisco, CA 94125-1867
Telephone: (650) 877 – 4002
Email: SFOCBPSEALS@cbp.dhs.gov